**Electronically Filed**
**Supreme Court**
**SCWC-19-0000852**
**18-OCT-2022**
**09:23 AM**
**Dkt. 13 ODAC**

SCWC-19-0000852

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JAMISON T. CROWE,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000852; CASE NO. 2DTC-19-691397)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on September 2, 2022, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 18, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

